AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Farshad Khademi<br><br>*Plaintiff(s)*<br>v.<br>AANIKA Biosciences, Inc., Vishaal Bhuyan and Ellen Jorgenson<br><br>*Defendant(s)* | Civil Action No. 24 cv 5130 OEM-SJB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   AANIKA Biosciences, Inc.
c/o Josh Koch, Chief of Staff
86 34th Street, Suite D-605
Brooklyn, NY 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nisar Law Group, PC
Attn: Susan Ghim, Of Counsel
60 East 42nd Street, Suite 4600
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 7/24/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Farshad Khademi <br><br> *Plaintiff(s)* <br> v. <br> AANIKA Biosciences, Inc., Vishaal Bhuyan and Ellen Jorgenson <br><br> *Defendant(s)* | Civil Action No. 24 cv 5130 OEM-SJB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vishaal Bhuyan
AANIKA Biosciences, Inc.
86 34th Street, Suite D-605
Brooklyn, NY 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nisar Law Group, PC
Attn: Susan Ghim, Of Counsel
60 East 42nd Street, Suite 4600
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 7/24/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Farshad Khademi <br><br> *Plaintiff(s)* <br> v. <br> AANIKA Biosciences, Inc., Vishaal Bhuyan and Ellen Jorgenson <br><br> *Defendant(s)* | Civil Action No.  24 cv 5130  OEM-SJB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ellen Jorgenson
AANIKA Biosciences, Inc.
86 34th Street, Suite D-605
Brooklyn, NY 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nisar Law Group, PC
Attn: Susan Ghim, Of Counsel
60 East 42nd Street, Suite 4600
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  7/24/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*